Debbie P. Kirkpatrick, Esq. (SBN 207112)
James K. Schultz, Esq. (SBN 309945)
SESSIONS, ISRAEL & SHARTLE, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  877/334/0661
dkirkpatrick@sessions.legal
jschultz@sessions.legal

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMALDO MANCILLA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>MID VALLEY COLLECTION BUREAU, LAW OFFICES OF CLARK GAREN, THE BEST SERVICE COMPANY, INC., TODD SHIELDS, individually, DONALD HOPP, individually, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  2:19-cv-07820-CBM-RAO<br><br>JOINT NOTICE OF SETTLEMENT |

///

///

///

Notice is hereby given that this matter has been settled as to Plaintiff's individual claims. The parties anticipate the settlement agreement will be fully executed and the settlement terms will be fully performed within 30 days. The parties will then file a stipulation for dismissal of the action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class.

Dated: 12/2/20            LAW OFFICES OF AMIR J. GOLDSTEIN

                          */s/Amir J. Goldstein*
                          Amir J. Goldstein
                          Attorney for Plaintiff
                          Michael Freed

Dated: 12/2/20            SESSIONS, ISRAEL & SHARTLE, L.L.P.

                          */s/Debbie P. Kirkpatrick*
                          Debbie P. Kirkpatrick
                          Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of Amir J. Goldstein, counsel for Plaintiff, in the content of this document and his authorization to file it.

Dated: 12/2/20            SESSIONS, ISRAEL & SHARTLE, L.L.P.

                          */s/Debbie P. Kirkpatrick*
                          Debbie P. Kirkpatrick