Debbie P. Kirkpatrick, Esq. (SBN 207112)
James K. Schultz, Esq. (SBN 309945)
SESSIONS, ISRAEL & SHARTLE, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    877/334-0661
dkirkpatrick@sessions.legal
jschultz@sessions.legal

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMALDO MANCILLA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>MID VALLEY COLLECTION BUREAU, LAW OFFICES OF CLARK GAREN, THE BEST SERVICE COMPANY, INC., TODD SHIELDS, individually, DONALD HOPP, individually, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  2:19-cv-07820-CBM-RAO<br><br>JOINT STIPULATION TO DISMISS |

///

///

///

IT IS HEREBY STIPULATED by and between Plaintiff, Romaldo Mancilla, and Defendants, Mid Valley Collection Bureau, The Best Service Company, Inc., Law Offices of Clark Garen, Todd Shields, and Donald Hopp, pursuant to Fed. R. Civ. P. 41, that this action shall be dismissed in its entirety.  The individual claims of Plaintiff Romaldo Mancilla shall be dismissed with prejudice.  The claims of the putative class shall be dismissed without prejudice.  Each party is to bear its own costs.

Dated: 12/28/20                    LAW OFFICES OF AMIR J. GOLDSTEIN

                                   */s/Amir J. Goldstein*
                                   Amir J. Goldstein
                                   Attorney for Plaintiff
                                   Romaldo Mancilla

Dated: 12/28/20                    SESSIONS, ISRAEL & SHARTLE, L.L.P.

                                   */s/Debbie P. Kirkpatrick*
                                   Debbie P. Kirkpatrick
                                   Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of Amir J. Goldstein, counsel for Plaintiff, in the content of this document and his authorization to file it.

Dated: 12/28/20                    SESSIONS, ISRAEL & SHARTLE, L.L.P.

                                   */s/Debbie P. Kirkpatrick*
                                   Debbie P. Kirkpatrick