UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMALDO MANCILLA, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>   vs.<br><br>MID VALLEY COLLECTION BUREAU, LAW OFFICES OF CLARK GAREN, THE BEST SERVICE COMPANY, INC., TODD SHIELDS, individually, DONALD HOPP, individually, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:19-cv-07820-CBM-RAOx<br><br>ORDER APPROVING JOINT STIPULATION TO DISMISS  [JS-6] |

///

///

ALL PARTIES to the above captioned action having stipulated that the action shall be dismissed in its entirety, and the Court having considered the same,

IT IS ORDERED that this action shall be dismissed in its entirety. The dismissal shall be with prejudice as to the claims of Plaintiff Romaldo Mancilla. The dismissal shall be without prejudice as to the claims of the putative class. Each party is to bear its own costs.

Dated: DECEMBER 28, 2020

_____
Hon. Consuelo B. Marshall
United States District Judge